UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Breck Swanson,                           Civil 08-565 (PAM/RLE)

      Plaintiff,

vs.                                  **ORDER OF DISMISSAL
WITH PREJUDICE**

Brenny Specialized, Inc.,
Brenny Transportation, Inc.

      Defendants.

---

     Upon the stipulation of the parties, IT IS HEREBY ORDERED, that this case be and hereby is dismissed with prejudice and without costs, disbursements or attorney fees awarded to any party.

                                                BY THE COURT:

Dated: October __23__, 2008             s/Paul A. Magnuson
                                                Paul A. Magnuson
                                                Judge of United States District Court